IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-02856-MSK-MJW

GLENN A. WOLLAM; and
BONNIE J. SHOENSTEIN,

       Plaintiffs,

v.

WRIGHT MEDICAL GROUP, INC., a Delaware corporation;
WRIGHT MEDICAL TECHNOLOGY, INC., a Delaware corporation;
WRIGHT MEDICAL EUROPE S.A., a foreign corporation;
DANIEL M. WARD, M.D., an individual;
JOHN DOE, an individual; and
JANE DOE, an individual,

       Defendants.

## ORDER REMANDING CASE

THIS MATTER comes before the Court *sua sponte*.

The Plaintiffs commenced this product liability personal injury action in the Boulder County District Court. In their Complaint, Plaintiffs claim that Plaintiff Glenn A. Wollam was the recipient of two defective medical devices, both modular prosthetic hips, designed, manufactured and distributed by the defendants Wright. Plaintiffs allege that Glenn Wollam has sustained injuries and damages, and will continue to sustain severe physical injuries, severe emotions distress, mental anguish, economic losses and other damages. In the Complaint filed in the state court, the Plaintiffs did not specify the amount of monetary relief sought.

The Defendants have sought removal based upon diversity jurisdiction pursuant to 28 U.S.C. § 1332. The Defendants contend that the requisite amount in controversy can be inferred

from the factual allegations in the Complaint.  The Court has reviewed the Complaint, the Notice of Removal, and, if referred to, the Colorado Civil Cover Sheet.

Consistent with the reasoning in *Baker v. Sears Holding Corp.*, 557 F. Supp. 2d 1208 (D. Colo. 2007) and *Klein v. State Farm Mut. Auto. Ins. Companies,* D. Colo. Case No. 08-cv-02257-MSK, 2008 WL 4948775 (Nov. 18, 2008), the Court finds that the Defendants have not shown specific facts, which if true, would demonstrate that the amount in controversy is at least $75,000.  General reference to the claims and types of damages prayed for in the Complaint is insufficient.  Further, reference to the Civil Cover Sheet filed in the underlying state matter is insufficient.

**IT IS THEREFORE ORDERED** that pursuant to 28 U.S.C. § 1447(c) this action is **REMANDED** to the District Court from which it was removed.

DATED this 3rd day of December, 2010.

                                                **BY THE COURT:**

                                                */s/ Marcia S. Krieger*

                                                Marcia S. Krieger
                                                United States District Judge